1102

No. 85–5339.  JONES v. SOUTH CAROLINA.  Sup. Ct. S. C. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Skipper* v. *South Carolina, ante,* p. 1.

No. 85–5411.  PLEMMONS v. SOUTH CAROLINA.  Sup. Ct. S. C. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Skipper* v. *South Carolina, ante,* p. 1.

No. 85–6063.  VALLE v. FLORIDA.  Sup. Ct. Fla.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Skipper* v. *South Carolina, ante,* p. 1.

No. — – ——.  LESLIE v. UNITED STATES.  Motion to direct the Clerk to file a petition for writ of certiorari which does not comply with the Rules of this Court denied.

No. A–760.  SMITH v. UNITED STATES.  Application for bail pending appeal, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–804.  SEABOARD SYSTEM RAILROAD, INC. v. PAGE. Sup. Ct. Ala.  Application for stay pending appeal, presented to JUSTICE POWELL, and by him referred to the Court, denied. JUSTICE BLACKMUN would grant the application.

No. D–553.  IN RE DISBARMENT OF VELASQUEZ.  It is ordered that Ray Velasquez, of Marlow Heights, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–556.  IN RE DISBARMENT OF SODOWICK.  It is ordered that Michael Samuel Sodowick, of West Caldwell, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.